**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**BLUEWORKS CORPORATION**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 24-30494** |
| **MICHAEL BOWERS, AS POST-CONFIRMATION TRUSTEE OF BLUEWORKS CORPORATION**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FIG GLOBAL LIMITED,**<br><br>**Defendant.** | **Adversary Proceeding No. 26-03034**<br><br>**MOTION TO SET DEADLINE TO RESPOND TO SUMMONS AND COMPLAINT** |

NOW COMES Plaintiff Michael Bowers, as Post-Confirmation Trustee of Blueworks Corporation, by and through his undersigned counsel, and pursuant to FED. R. BANKR. P. 7012(a), moves this Court for entry of an Order Setting a Deadline to Respond to Summons and Complaint. In support thereof, Bowers shows as follows:

1. This adversary proceeding was timely commenced on June 2, 2026, and the Court issued a Summons in this case on June 3, 2026.

2. Bowers must serve Defendant FIG Global Limited ("FIG Global") in the Hong Kong SAR, a foreign country.

3. Pursuant to FED. R. BANKR. P. 7012(a)(2), this Court must enter a separate Order setting a deadline for FIG Global to respond to the Complaint.

4. As shown by the Declaration of Service (Doc. No. 3) previously filed in the Adversary Proceeding, Bowers anticipates that he will serve FIG Global with the new summons within days of it being issued.

5. Therefore, Bowers requests that this Court enter an Order (i) giving FIG Global thirty (30) days from the date of issuance of a Summons in this Adversary Proceeding to respond to the Complaint and (ii) ordering the Clerk to issues a Summons in this Adversary Proceeding providing that FIG Global has thirty (30) days from the date of issuance of a Summons in this Adversary Proceeding to respond to the Complaint.

WHEREFORE, Plaintiff Michael Bowers, as Post-Confirmation Trustee of Blueworks Corporation, prays that this Court enter an Order:

1. Providing that Defendant FIG Global Limited has thirty (30) days from the issuance of a Summons to respond to the Complaint;

2. Ordering the Clerk to issue a Summons in this Adversary Proceeding providing that FIG Global has thirty (30) days from the date of issuance of a Summons in this Adversary Proceeding to respond to the Complaint; and

3. Awarding Bowers such other and further relief as is just and proper.

This is the 23d day of July, 2026.

*/s/ Michael L. Martinez*

Michael L. Martinez (State Bar No. 39885)
Grier Wright Martinez, PA
521 East Morehead Street, Suite 440
Charlotte, North Carolina 28202
704.332.0209 (Phone); 704.332.0215 (Fax)
mmartinez@grierlaw.com

*Attorneys for the Plaintiff*